UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| CALVIN EUGENE KENNERLY and | ) | CASE NO.  10-03837-D |
| BRENDA HOWELL KENNERLY, | ) | |
| | ) | **CHAPTER 7 ASSET** |
| Debtors. | ) | **SPECIAL CHARGES** |
| | ) | |

**SPECIAL CHARGES:**

**COMPLAINTS** (if Trustee is plaintiff):
    $150.00 for adversary complaint, if filed after 12/17/1996    $__-0-__
    $250.00 for adversary complaint filed after 9/20/2005    $__-0-__
    Check for Affidavit of Deferral filed by Trustee.

**REOPEN:**
    Motion to waive or defer filing fee by Trustee    $__-0-__
    $220.00, if filed before 12/31/2006
    $260.00, if filed after 01/01/2007

    **TOTA**L:    $__-0-__


FROM:    KEVIN CAMPBELL, Trustee
DATE:    February 21, 2011