Form 195BNC  (Revised 06/24/2009)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number: 10–03837–dd                                   Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Calvin Eugene Kennerly                                     Brenda Howell Kennerly
713 8th Ave South                                          713 8th Ave South
Surfside Beach, SC 29575                                   Surfside Beach, SC 29575

SSN: xxx–xx–9183                                           SSN: xxx–xx–5473

| Entered By The Court 6/14/11 | **ORDER DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** 6/14/11 Tammi M. Hellwig Clerk of Court US Bankruptcy Court |

The trustee having certified that the estate of the above–named debtor(s) has been fully administered,

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above named debtor(s) is closed.

Columbia, South Carolina
June 14, 2011
Document 44

United States Bankruptcy Judge